## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ADAM HILL**                                                                 **PLAINTIFF**
**ADC #601559**

**v.**                              **No: 4:22-cv-01201-JM-PSH**

**DEXTER PAYNE,** *et al.*                                       **DEFENDANTS**

## <u>ORDER</u>

Plaintiff Adam Hill filed a *pro se* complaint on November 30, 2022, while incarcerated at the Arkansas Division of Correction's Pine Bluff Unit (Doc. No. 2). The Court subsequently granted Hill's application to proceed *in forma pauperis* (Doc. No. 3).  On January 5, 2023, Hill filed a motion to clarify his claims in which he referenced a document the Court did not have (Doc. No. 4). The Court gave Hill 30 days in which to file an amended complaint if he needed to clarify or narrow his claims (Doc. No. 5).  On January 26, 2023, Hill filed a motion asking the Court to proceed with screening[1] his original complaint (Doc. No. 6).  The Court granted that motion (Doc. No. 7).   Hill now moves to amend his complaint and attaches a

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).  The Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A.

proposed amended complaint (Doc. Nos. 8 & 8-1).  Hill also seeks to vacate his prior

motion asking the Court to screen his original complaint.

Hill's motion to amend his complaint is granted; he has not yet amended his

complaint and his original complaint has not been served on the defendants.  *See*

Fed. R. Civ. P. 15(a) ("A party may amend its pleading ***once*** as a matter of course"

within a certain time frame.) (emphasis added).  The Clerk of Court is directed to

docket Hill's proposed amended complaint as his Amended Complaint.  Hill's

motion to vacate his prior motion is denied as moot because it is not necessary to

vacate the prior motion or order.

IT IS SO ORDERED this 8th  day of February, 2023.

_____

UNITED STATES MAGISTRATE JUDGE