IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM HILL**  **PLAINTIFF**
**ADC #601559**

v.   No: 4:22-cv-01201-JM-PSH

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 11), and Mr. Hill's objections filed (Doc. No. 13). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation are approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Hill's Retaliatory Transfer Claim is dismissed without prejudice for failure to state a claim upon which relief may be granted;

2. Hill's Tucker Unit Restrictive Housing Claim against defendant Culclager will proceed; and

3. Hill's remaining claims are dismissed without prejudice.

DATED this 24th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE