# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ADAM HILL**  **PLAINTIFF**
**ADC #601559**

v.  No: 4:22-cv-01201-PSH

**MAURICE CULCLAGER**  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE